# In the United States Court of Federal Claims

**No. 05-818 C**

**MOUNTAIN SENIOR CENTER, A CALIFORNIA LIMITED PARTNERSHIP,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Mary Ellen Coster Williams**

Pursuant to Rule 40.1(c) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk